AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Alberto Cortez

                          Plaintiff (s),

V.

Cambridge Real Estate Services, Inc.

                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-07332-HSG

Notice is hereby given that, subject to approval by the court, __Cambridge Real Estate Services, Inc.__ (Party (s) Name) substitutes __Derek S. Sachs of O'Hagan Meyer LLP__ (Name of New Attorney), State Bar No. __253990__ as counsel of record in place of __Derek S. Sachs, Barber Ranen LLP__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: O'Hagan Meyer LLP
    Address: One Embarcadero Center, Suite 2100, San Francisco, CA 94111
    Telephone: (916) 313-7051    Facsimile
    E-Mail (Optional): DSachs@ohaganmeyer.com

I consent to the above substitution.
Date: 8/7/23

_(Signature of Party (s))_
Cambridge Real Estate Services, Inc.

I consent to being substituted.
Date: August 8, 2023

_(Signature of Former Attorney (s))_
Timothy R. Graves obo Daugherty Lordan LLP fka Barber Ranen, LLP

I consent to the above substitution.
Date: August 7, 2023

_(Signature of New Attorney)_
Derek S. Sachs of O'Hagan Meyer LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/14/2023

_Haywood S. Gill Jr._
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]