**D.LAW, INC.**
Emil Davtyan (SBN 299363)
Emil@d.law
Alvin B. Lindsay (SBN 220236)
a.lindsay@d.law
450 N Brand Blvd., Suite 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

**DAVID YEREMIAN & ASSOCIATES, INC.**
David Yeremian (SBN 226337)
david@yeremianlaw.com
450 N Brand Blvd., Suite 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff ALBERTO C. CORTEZ,
on behalf of himself and all others similarly situated

**O'HAGAN MEYER**
Derek S. Sachs (SBN 253990)
DSachs@ohaganmeyer.com
Elaine M. McCormick (SBN 340044)
EMccormick@ohaganmeyer.com
1201 K Street, Suite 1960
Sacramento, California 95814
Telephone: (916) 884-0751

Attorneys for Defendant Cambridge Real
Estate Services, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO C. CORTEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE REAL ESTATE SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:22-cv-07332-HSG<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Hon. Haywood S. Gilliam<br>Oakland Courthouse, Courtroom 2, 4th Floor<br><br>**JOINT REPORT RE: STATUS OF ARBITRATION AND REQUEST FOR OSC RE: DISMISSAL**<br><br>State Court Action Filed: October 7, 2022<br>Removal Filed: November 18, 2022<br>Trial Date: None Set |

Plaintiff Alberto C. Cortez ("Plaintiff") and Defendant Cambridge Real Estate Services, Inc. ("Defendant") (jointly referred to as the "Parties), hereby Submit this Joint Status Report Regarding the Status of Arbitration.

**1. Status of Arbitration.**

Plaintiff filed his demand for arbitration with the American Arbitration Association ("AAA") on August 15, 2024. The arbitration is scheduled for hearing on October 27, 2025. The Class claims have been dismissed, and Plaintiff maintains a separate PAGA only action in state court.

The parties are pleased to report to the Court they have reached a settlement in principle and are working together to finalize the settlement agreement to that effect and Plaintiff's counsel will then work on drafting approval motion documents with due haste that will dispose of this action in its entirety.

Pursuant to the Settlement Agreement, the parties have agreed to stipulate to a Rule 41 dismissal of this action with the remaining individual claims being dismissed with prejudice. The parties will then seek approval of their PAGA only settlement agreement in the state PAGA case. The parties would like additional time to finalize their settlement agreements and prepare the stipulated dismissal.

The parties therefore propose the Court schedule an Order to Show Cause Hearing regarding Dismissal for 90 days out (i.e., to on or after October 22, 2025), or to a future date of the Court's preference.

DATED: July 25, 2025

**D.LAW, INC.**
**DAVID YEREMIAN & ASSOCIATES, INC.**

By: *_/s/ Alvin B. Lindsay_*_____
David Yeremian
Alvin B. Lindsay
Attorneys for Plaintiff Alberto C. Cortez

DATED: July 25, 2025

**O'HAGAN MEYER**

By: *_/s/ Elaine M. McCormick_*_
Derek S. Sachs
Elaine M. McCormick
Attorneys for Defendant Cambridge Real Estate Services, Inc.