1  **D.LAW, INC.**
   Emil Davtyan (SBN 299363)
2  Emil@d.law
   Alvin B. Lindsay (SBN 220236)
3  a.lindsay@d.law
   450 N Brand Blvd., Suite 840
4  Glendale, CA 91203
   Telephone: (818) 962-6465
5  Facsimile:  (818) 962-6469

6  **DAVID YEREMIAN & ASSOCIATES, INC.**
   David Yeremian (SBN 226337)
7  david@yeremianlaw.com
   450 N Brand Blvd., Suite 840
8  Glendale, CA 91203
   Telephone: (818) 962-6465
9  Facsimile:  (818) 962-6469

10 Attorneys for Plaintiff ALBERTO C. CORTEZ,
   on behalf of himself and all others similarly situated

11 **O'HAGAN MEYER**
   Derek S. Sachs (SBN 253990)
12 DSachs@ohaganmeyer.com
   Elaine M. McCormick (SBN 340044)
13 EMccormick@ohaganmeyer.com
   1201 K Street, Suite 1960
14 Sacramento, CA 95814
   Telephone:  (916) 884-0751
15

16 Attorneys for Defendant Cambridge Real
   Estate Services, Inc.

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  ALBERTO C. CORTEZ, an individual, on behalf of himself and others similarly situated, | Case No.: 22-cv-07332-HSG |
| 20 | Assigned for All Purposes To: |
| 21                  Plaintiff, | US District Judge: Hon. Haywood S. Gilliam Jr. |
| 22         vs. | **JOINT STIPULATION FOR AN ORDER DISMISSING ENTIRE ACTION** |
| 23  CAMBRIDGE REAL ESTATE SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive, | [FED. R. Civ. P. Rule 41] |
| 24 | State Court Action Filed: October 7, 2022 |
| 25                  Defendants. | Removal Filed:         November 18, 2022<br>Trial Date:            None Set |

26

27

28

- 1 -
JOINT STIPULATION FOR RULE 41 DISMISSAL OF ENTIRE ACTION

Plaintiff ALBERTO C. CORTEZ ("Plaintiff") and Defendants CAMBRIDGE REAL ESTATE SERVICES, INC ("Defendant") (collectively, the "Parties"), through their respective counsel of record, enter into this Joint Stipulation and request the Court enter an Order Dismissing this action pursuant to Rule 41 of the Federal Rules of Civil Procedure ("Rule 41) and in accordance with the Parties' Individual Settlement Agreement.

WHEREAS, on or about October 7, 2022, Cortez filed a class action lawsuit against Defendant in the Superior Court for the State of California, County of Butte, bearing Case No. 22CV02316, which was removed by Defendant to the Federal District Court for the Northern District of California ("the Court") on November 18, 2022, bearing Case No. 22-cv-07332-HSG (the "Action");

WHEREAS, on December 8, 2022, Defendant filed its Motion to Compel Arbitration seeking to send Plaintiff's individual claims to arbitration and dismiss his class claims pursuant to an arbitration agreement.

WHEREAS, on October 7, 2022, Plaintiff submitted his Notice Letter under the Private Attorneys' General Act ("PAGA"), Labor Code 2698 et seq., to the LWDA and Defendant (LWDA-CM-912705-22). After the notice period ran, on December 22, 2022, Plaintiff filed his PAGA Action Complaint in Butte County Superior Court (Case No. 22CV03048) ("PAGA Action") asserting claims for civil penalties for wage and meal and rest and related violations including, inter alia, violation of Labor Code §§ 510, 512, 226.7, 226(a), 221, 204, 201, 202, 203, and 2802. Service was completed and Defendant served its Answer on February 10, 2023. On February 15, 2023, Defendant filed a Motion to Compel Arbitration of Plaintiff's individual PAGA claim.

WHEREAS, on June 16, 2023, this honorable court granted Defendant's motion to compel arbitration, and dismissed Plaintiff's putative class claims. The court also ordered the remainder of this case to be stayed pending completion of arbitration.

WHEREAS, the Parties scheduled mediation for February 13, 2024 with mediator Brandon McKelvey; and agreed that in advance of mediation and while settlement discussions were pending, Plaintiff would refrain from filing a demand for arbitration. Unfortunately, a settlement was not reached at mediation.

WHEREAS, on August 15, 2024, Plaintiff filed his demand for arbitration with the American Arbitration Association ("AAA") and the arbitration hearing was scheduled for October 27, 2025.

WHEREAS, the parties engaged in further informal resolution discussions of this matter prior to discovery in Arbitration;

WHEREAS, on July 25, 2025, the parties reported to the Court that a settlement was reached, and executed an agreement to settle Plaintiff's individual claims that had been demanded in arbitration and are currently stayed in this action, and pursuant to the Settlement, the parties have stipulated to dismissal of Plaintiff's individual claims with prejudice pursuant to Rule 41;

WHEREAS, on August 25, 2025, the arbitration demand was closed with AAA;

WHEREAS, this honorable court has dismissed Plaintiff's putative class claims and no motion for class certification has been filed in this Action and there have been no correspondence or notices sent the putative Class members in this Action;

WHEREAS, the parties therefore are requesting that, pursuant to their Settlement and Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, the Court dismiss this action in its entirety by entering the concurrently provided [Proposed] Order to that end.

NOW THEREFORE the parties respectfully request that the Court enter the proposed Order dismissing Plaintiff's individual claims with prejudice and thereby dismissing this Action in its entirety.

**IT IS SO STIPULATED.**

DATED: October 28, 2025　　　　　　　　**DAVID YEREMIAN & ASSOCIATES, INC.**
　　　　　　　　　　　　　　　　　　　　**D.LAW, INC.**

　　　　　　　　　　　　　　　　　　　　By: _/s/ *Alvin B. Lindsay*_____
　　　　　　　　　　　　　　　　　　　　　　David Yeremian
　　　　　　　　　　　　　　　　　　　　　　Alvin B. Lindsay
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ALBERTO C.
　　　　　　　　　　　　　　　　　　　　　　CORTEZ and all others similarly situated

DATED: October 28, 2025　　　　　　　　**O'HAGAN MEYER**

　　　　　　　　　　　　　　　　　　　　By: _/s/ *Derek S. Sachs*_____
　　　　　　　　　　　　　　　　　　　　　　Derek S. Sachs
　　　　　　　　　　　　　　　　　　　　　　Elaine M. McCormick
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Cambridge Real
　　　　　　　　　　　　　　　　　　　　　　Estate Services, Inc.