| | |
|---|---|
| 1 | **D.LAW, INC.** |
| 2 | Emil Davtyan (SBN 299363) |
|   | Emil@d.law |
| 3 | Alvin B. Lindsay (SBN 220236) |
|   | a.lindsay@d.law |
| 4 | 450 N Brand Blvd., Suite 840 |
|   | Glendale, CA 91203 |
| 5 | Telephone: (818) 962-6465 |
|   | Facsimile: (818) 962-6469 |

**DAVID YEREMIAN & ASSOCIATES, INC.**
David Yeremian (SBN 226337)
david@yeremianlaw.com
450 N Brand Blvd., Suite 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff ALBERTO C. CORTEZ,
on behalf of himself and all others similarly situated

**O'HAGAN MEYER**
Derek S. Sachs (SBN 253990)
DSachs@ohaganmeyer.com
Elaine M. McCormick (SBN 340044)
EMccormick@ohaganmeyer.com
1201 K Street, Suite 1960
Sacramento, CA 95814
Telephone: (916) 884-0751

Attorneys for Defendant Cambridge Real Estate Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO C. CORTEZ, an individual, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CAMBRIDGE REAL ESTATE SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 4:22-cv-07332-HSG <br><br> CLASS ACTION <br><br> Assigned for All Purposes To: <br><br> US District Judge: Hon. Haywood S. Gilliam Jr. <br><br> **ORDER GRANTING JOINT STIPULATION FOR AN ORDER DISMISSING ENTIRE ACTION** <br><br> [FED. R. Civ. P. Rule 41] <br><br> State Court Action Filed: October 7, 2022 <br> Removal Filed: November 18, 2022 <br> Trial Date: None Set |

# ORDER

The Court has considered the Joint Stipulation entered into between Plaintiff ALBERTO C. CORTEZ ("Plaintiff") and Defendant CAMBRIDGE REAL ESTATE SERVICES, INC. ("Defendant") (collectively the "Parties"), requesting entry of an Order dismissing this Action in its entirety pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure. The Parties agreed to a Settlement of Plaintiff's individual claims and dismissal of this matter.

With GOOD CAUSE appearing and pursuant to the Parties' Joint Stipulation and their individual Settlement Agreement, the Court HEREBY ORDERS THAT:

1. Plaintiff's individual claims are dismissed with prejudice; and
2. This action is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 10/29/2025

Hon. Haywood S. Gilliam Jr.
US District Judge